**Dismiss and Opinion Filed November 7, 2024**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00181-CV

## IN THE INTEREST OF J.C.G., JR., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-15071**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Pedersen, III

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by September 26, 2024. By postcard dated October 3, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tᴇx. R. Aᴘᴘ. P. 38.8 (a)(1); 42.3(b), (c).

240181f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.C.G., JR., A CHILD

No. 05-24-00181-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-16-15071. Opinion delivered by Justice Pedersen, III. Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 7th day of November, 2024.